**INDEX OF EXHIBITS**

| EXHIBIT NO. | DOCUMENT NAME |
|---|---|
| A | Report of the Minimum Wage Study Commission, Volume IV (June 1981) |
| B | Wage and Hour Division, U.S. Department of Labor, *Executive, Administrative, Professional . . . Outside Salesman Redefined: Report and Recommendations of the Presiding Officer (Harold Stein) at Hearings Preliminary to Redefinition* (Oct. 10, 1940) |
| C | Female Labor Act for Arkansas, Walter L. Pope & C.M. Buck, *Digest of the Statutes of Arkansas*, ch. 108, §§ 9084-9090, 1921, amended by Act 33, Laws 1937 |
| D | Colorado Six-Day-Week Law, 1937 Colo. Sess. Laws 418 |
| E | Wage and Hour Division, United States Department of Labor, *Report and Recommendation on Proposed Revisions of Regulations, Part 541, by Harry Weiss, Presiding Officer* (June 30, 1949) |
| F | Wage and Hour Division, United States Department of Labor, *Report and Recommendation on Proposed Revision of Regulations, Part 541, by Harry S. Kantor, Presiding Officer* (Mar. 3, 1958) |
| G | Georgia Department of Administrative Services Comment (September 1, 2015) |
| H | Maine Department of Labor Comment (August 27, 2015) |
| I | Mississippi State Personnel Board Comment (September 4, 2015) |
| J | New Mexico State Personnel Board Comment (September 4, 2015) |
| K | National Federation of Independent Business Comment (September 3, 2015) |