## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:** 11/16/2016

| DISTRICT JUDGE | COURT REPORTER: Jan Mason |
|---|---|
| **Amos L. Mazzant, III** | **COURTROOM DEPUTY:** Debbie McCord |
| State of Nevada, et al Vs. U.S. Dept. Of Labor, et al | NO. 4:16cv731 |
| | |

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Lawrence VanDyke, Maurice Baskin, Tammy McCutchen, Rob Friedman, Jordan Smith, Austin Nimocks | Julie Saltman, Jimmy Gillingham, Steven Gardiner, Kevin Snell |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Emergency Motion for Preliminary Injunction (Dkt. #10) |
|---|---|
| 9:01 am | Court called case, noting appearances. |
| 9:03 am | Court noted argument only, structured with States first, business Plaintiffs next, and then Dept of Labor. |
| 9:04 am | Court presented questions for Mr. VanDyke.  Mr. VanDyke responded to those questions and presented highlights of motion. |
| 9:20 am | How does Court reconcile this with the __ Robbins case? |
| | Court addressed salary requirement. |
| 9:21 am | Mr. VanDyke responds. |
| | Discussion and questions ensued. |
| 10:08 am | Court question as to whether this should addressed nationwide.  Response by Mr. VanDyke. |
| 10:12 am | Presentation by Mr. Baskin, on behalf of consolidated Plaintiffs, first addressing nationwide injunction question, cited ED/TX case. |
| 10:27 am | Court responds regarding as to what next Administration might do or not do - Court believes this is not a basis for injunction, decision will be based on the law. |

CASE NO.         DATE:
PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:     Emergency Motion for Preliminary Injunction (Dkt. #10) |
|---|---|
|  | Court will look at factors for preliminary injunction. |
| 10:30 am | Mr. Baskin continues. |
| 10:35 am | Court in recess for 10 minutes. |
| 10:46 am | Court question: What is the limit to DOL's to define the limit?  Response presented by Ms. Saltman for DOL. |
|  | Discussion ensued, questions by the Court and response of Ms. Saltman. |
| 11:39 am | DOL argues methodological error and had to take different approach. |
|  | Further questions by the Court, response of Ms. Saltman |
| 12:10 pm | Mr. Snell presents remaining merits. |
| 12:16 pm | Mr. VanDyke responds. |
| 12:27 pm | Mr. Baskins responded - cite provided - |
| 12:32 pm | Reply - Ms. Saltman. |
| 12:35 pm | Response of Mr. VanDyke and Mr. Baskin. |
| 12:37 pm | Court will take motion under advisement, but Court hopes that initial ruling will be issued on Tuesday, 11/22/2016.   If motion is denied, hearing will be set for Monday, November 28. |
| 12:40 pm | Court is in recess. |
|  |  |
|  |  |
|  |  |

**DAVID O'TOOLE, CLERK**

BY:      Debbie McCord
            Courtroom Deputy Clerk