IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF NEVADA, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, et al., <br><br> DEFENDANTS. | Civil Action No. 4:16-cv-731-ALM <br> LEAD |
| PLANO CHAMBER OF COMMERCE, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> THOMAS E. PEREZ, et al., <br><br> DEFENDANTS. | Civil Action No. 4:16-cv-732-ALM <br> CONS |

## ORDER

This matter is before the Court on the Business Plaintiffs unopposed Motion to Extend the Page Limit for Plaintiff's Reply Brief in Support of the Business Plaintiffs' Motion for Summary Judgment (Dkt. #57). The Court having considered the matter and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiffs' Motion is hereby **GRANTED**. Plaintiffs may file a Reply Brief in support of their Motion for Summary Judgment, not to exceed 15 pages.

**SIGNED** this 22nd day of November, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE