IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF NEVADA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, *et al.*, <br><br> Defendants. | No. 4:16-CV-731-ALM <br> LEAD |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants, Thomas Perez, in his official capacity as Secretary of the Department of Labor; David Weil, in his official capacity as Administrator of the Wage & Hour Division, United States Department of Labor; Mary Zeigler, in her official capacity as Assistant Administrator for Policy, Wage & Hour Division, United States Department of Labor; the Wage & Hour Division of the United States Department of Labor; and the United States Department of Labor, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's November 22, 2016 Memorandum Opinion and Order, ECF No. 60.

Dated: December 1, 2016

M. PATRICIA SMITH
Solicitor of Labor

JENNIFER S. BRAND
Associate Solicitor

PAUL L. FRIEDEN
Counsel for Appellate Litigation

STEVEN W. GARDINER

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

BRIT FEATHERSTON
Acting United States Attorney

JUDRY L. SUBAR
Assistant Branch Director
Federal Programs Branch

  /s/ Julie S. Saltman

| | |
|---|---|
| Senior Attorney | JULIE S. SALTMAN |
| | KEVIN SNELL |
| | Trial Attorney |
| ERIN M. MOHAN | United States Department of Justice |
| Attorney | Civil Division, Federal Programs Branch |
| U.S. Department of Labor | 20 Massachusetts Avenue N.W., Room 7111 |
| 200 Constitution Ave NW, N-2716 | Washington, D.C.  20530 |
| Washington, DC  20210 | Tel: (202) 532-4252 |
| | Fax: (202) 616-8470 |
| | Email: Julie.saltman@usdoj.gov |

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 1, 2016, I filed the foregoing electronically with the Clerk of the United States District Court for the Eastern District of Texas through the CM/ECF system, which caused the all counsel of record to be served by electronic means.

               */s/ Julie Saltman*
               JULIE SALTMAN