# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

**DATE:** 12/30/2016

| DISTRICT JUDGE | COURT REPORTER: Jan Mason |
|---|---|
| **Amos L. Mazzant, III** | **COURTROOM DEPUTY:** Debbie McCord |
| STATE OF NEVADA, ET AL<br>VS.<br>UNITED STATES DEPT OF LABOR, ET AL | NO. 4:16CV731 |
| | |

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Maurice Baskin, Lawrence VanDyke, Jordan Smith | Julie Saltman, Kevin Snell |
| | Intervenor-Defendant: Yona Rozen |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: TELEPHONE CONFERENCE (DKT. #73) |
|---|---|
| 10:04 am | Court called case, noting appearances. Court will hear from DOL, Kevin Snell first. |
| | Response of Mr. Baskin, does not want a stay of the proceedings. Court also heard from Mr. Vandyke. |
| 10:11 am | If Court denies the stay, what is the posture of the case? |
| | Response of Mr. Baskin, nothing else to be done. |
| 10:12 am | Mr. Snell responded. |
| | Discussion ensued regarding appeal, expedited process. |
| 10:26 am | As to stay, Court will issue order Tuesday. |
| | Further discussion regarding the case. |
| 10:33 am | Court is in recess. |
| | |

CASE NO.        DATE:
PAGE 2 - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:    TELEPHONE CONFERENCE (DKT. #73) |
|---|---|
|  |  |
|  |  |
|  |  |

**DAVID O'TOOLE, CLERK**

BY:     Debbie McCord
          Courtroom Deputy Clerk