# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| STATE OF NEVADA, ET AL. | § |
| | § |
| v. | § Civil Action No. 4:16-CV-731 |
| | § Judge Mazzant |
| UNITED STATES DEPARTMENT OF LABOR, ET AL. | § LEAD |
| | § |
| | § |

## ORDER

Pending before the Court is State Plaintiffs' Motion for Joinder to the Business Plaintiffs' Motion for Summary Judgment and Request to Consolidate Preliminary Injunction Briefing (Dkt. #66). The Court **GRANTS** the State Plaintiffs' motion and will consider the State Plaintiffs' preliminary injunction papers as the States' briefs in support of summary judgment. To foster judicial economy and avoid duplication, the Court will likewise consider Defendants' preliminary injunction briefs as their opposition to State Plaintiffs' arguments. No further summary judgment briefing is necessary.

**IT IS SO ORDERED**.

SIGNED this 30th day of August, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE