**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| STATE OF NEVADA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, *et al.*, <br><br> Defendants. | No. 4:16-CV-731-ALM <br> LEAD |
| PLANO CHAMBER OF COMMERCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> R. ALEXANDER ACOSTA,[1] in his official capacity as Secretary of Labor, *et al.*, <br><br> Defendants. | No. 4:16-CV-732-ALM |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants in these consolidated actions, R. Alexander Acosta, in his official capacity as Secretary of the Department of Labor; Bryan Jarrett, in his official capacity as Acting Administrator of the Wage & Hour Division, United States Department of Labor; Mary Ziegler, in her official capacity as Assistant Administrator for Policy, Wage & Hour Division, United States Department of Labor; the Wage & Hour Division of the United States Department of Labor; and the United States Department of Labor, hereby appeal to the United

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Secretary R. Alexander Acosta and Acting Administrator Bryan Jarrett are substituted in their official capacities as Defendants in these consolidated actions.

1

States Court of Appeals for the Fifth Circuit from the Court's August 31, 2017 Memorandum Opinion and Order, ECF No. 99 in Lead Case 4:16-CV-731 & ECF No. 13 in Case 4:16-CV-732, and Final Judgment, ECF No. 100 in Lead Case 4:16-CV-731 & ECF No. 14 in Case 4:16-CV-732.

Dated: October 30, 2017

NICHOLAS C. GEALE
 *Acting Solicitor of Labor*

JENNIFER S. BRAND
 *Associate Solicitor*

PAUL L. FRIEDEN
 *Counsel for Appellate Litigation*

STEVEN W. GARDINER
 *Senior Attorney*

ERIN M. MOHAN
 *Attorney*
 *U.S. Department of Labor*

Respectfully Submitted,

CHAD A. READLER
Acting Assistant Attorney General

BRIT FEATHERSTON
Acting United States Attorney

JUDRY SUBAR
Assistant Branch Director

/s/ *Kevin Snell*
KEVIN SNELL
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20001
phone: (202) 305-0924
fax: (202) 616-8460
email: Kevin.Snell@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 30, 2017, I filed the foregoing electronically with the Clerk of the United States District Court for the Eastern District of Texas through the CM/ECF system, which caused all counsel of record to be served by electronic means.

                 /s/ *Kevin Snell*
                 KEVIN SNELL