### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

**STATE OF NEVADA**, *et al.*,
Plaintiffs,                                                    **No. 4:16-CV-731-ALM**
                                                               **LEAD**

v.


**UNITED STATES DEPARTMENT OF LABOR**, *et al.*,
Defendants.

_____

**PLANO CHAMBER OF COMMERCE**, *et al.*,
Plaintiffs,                                                    **No. 4:16-CV-732-ALM**


v.


**R. ALEXANDER ACOSTA,** in his official capacity
                as Secretary of Labor, *et al.*,
Defendants.


**INTERVENOR TEXAS AFL-CIO'S NOTICE OF APPEAL**

Notice is hereby given that the Texas AFL-CIO, Intervenor, appeals to the United States

Court of Appeals for the Fifth Circuit from the following Orders and Final Judgment entered in

this action on the 31st day of August, 2017:

1.  Document No. 98, Memorandum Opinion and Order (denying the Texas AFL-CIO's

    Motion to Intervene) (Document No. 12 in Consolidated Case No. 4:16-CV-732) ;


**INTERVENOR TEXAS AFL-CIO'S NOTICE OF APPEAL**

2.  Document No. 99, Memorandum Opinion and Order (granting Business Plaintiffs'

    Motion for Summary Judgment) (Document No. 13 in Consolidated Case No. 4:16-CV-

    732); and

3.  Document No. 100, Final Judgment (Document No. 14 in Consolidated Case No. 4:16-

    CV-732).

Respectfully submitted,

/s/ Yona Rozen
Yona Rozen
Lead Attorney
Texas State Bar No. 17358500
Associate General Counsel
AFL-CIO
815 16th St. N.W.
*Counsel for the Texas AFL-CIO*

## CERTIFICATE OF SERVICE

I certify that on October 30, 2017, the foregoing Intervenor Texas AFL-CIO's Notice of Appeal was filed electronically by submission to the Court's Civil ECF email address and served on all counsel of record by electronic mail.

Dated: October 30, 2017

Respectfully submitted,
/s/ Yona Rozen

_____

Yona Rozen, Associate General Counsel
Texas State Bar No. 17358500
AFL-CIO
815 16th St. N.W.
Washington, D.C. 20006
Telephone: (202) 637-5198
Facsimile: (202) 637-5323
E-mail: yrozen@aflcio.org

*Counsel for the Texas AFL-CIO*

**INTERVENOR TEXAS AFL-CIO'S NOTICE OF APPEAL**