**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| STATE OF NEVADA, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF<br>LABOR, *et al.*,<br><br>                  Defendants. | Civil Action No. 4:16-CV-731-ALM |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Non-Party Respondents, Carmen Alvarez and her Counsel (Joseph Sellers, Miriam Nemeth, Justin Swartz, Melissa Stewart, and Glen Savits), hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's March 19, 2018 Memorandum Opinion and Order, Dkt. No. 129.

Dated: March 20, 2018

Respectfully submitted,

SIEBMAN, BURG, PHILLIPS & SMITH, LLP

By: */s/ Clyde M. Siebman*

Clyde M. Siebman
Texas Bar No. 18341600
clydesiebman@siebman.com
Elizabeth S. Forrest
Texas Bar No. 24086207
elizabethforrest@siebman.com
SIEBMAN, BURG, PHILLIPS & SMITH LLP
300 North Travis
Sherman, Texas 75090
(903) 870-0070 – Telephone
(903) 870-0066 – Fax

COUNSEL FOR RESPONDENTS,
Ms. Carmen Alvarez and her counsel

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 20th day of March, 2018, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

SIEBMAN, BURG, PHILLIPS & SMITH, LLP

By: *<u>/s/ Clyde M. Siebman</u>*