# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| STATE OF NEVADA, ET AL. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16cv731 |
| | § | Judge Mazzant |
| UNITED STATES DEPARTMENT | § | |
| OF LABOR, ET AL. | § | |

### ORDER

The Emergency Motion of Respondents Carmen Alvarez and Her Counsel for Stay Pending Appeal (Dkt. #131) was filed on March 20, 2018. Any party wishing to respond to the motion shall file a response no later than 12:30 p.m. on March 23, 2018.

**IT IS SO ORDERED.**
**SIGNED this 21st day of March, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE