# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STATE OF NEVADA, *et al.*, § § | |
| v. § § | Civil Action No. 4:16-CV-00731 |
| § § | Judge Mazzant |
| UNITED STATES DEPARTMENT OF § LABOR, *et al.*, § | |

## **MEMORANDUM OPINION AND ORDER**

Pending before the Court is the Emergency Motion of Respondents Carmen Alvarez and her Counsel ("Respondents") for Interim Stay (Dkt. #133). After reviewing the relevant pleadings, the Court finds that the motion should be **GRANTED**.

The Court is currently presiding over a three-week-long civil trial of considerable complexity. Given the demands of that proceeding, the Court lacks adequate time to fully consider the Emergency Motion of Respondents Carmen Alvarez and her Counsel for Stay Pending Appeal (Dkt. #131).

The Court therefore **ORDERS** that the Court's March 19, 2018 Memorandum Opinion and Order holding Respondents in Contempt (Dkt. #129) is hereby **STAYED** until seven days after the Court's disposition of the Emergency Motion of Respondents Carmen Alvarez and her Counsel for Stay Pending Appeal (Dkt. #131).

**SIGNED this 23rd day of March, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE