## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 13, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-41130    State of Nevada, et al v. U.S. Department of Labor, et al
                             USDC No. 4:16-CV-731
                             USDC No. 4:16-CV-732

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Christina A. Gardner, Deputy Clerk
                        504-310-7684

Mr. Robert Francois Friedman
Mr. David J. Hacker
Mrs. Fadwa A. Hammoud
Mr. Kyle Douglas Hawkins
Ms. Alisa Beth Klein
Mr. David O'Toole
Mr. Michael S. Raab
Ms. Yona Rozen
Mr. Jordan T. Smith

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

Case No. 17-41130

STATE OF TEXAS; STATE OF ALABAMA; STATE OF ARIZONA; STATE OF ARKANSAS; STATE OF GEORGIA; STATE OF INDIANA; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF NEBRASKA; STATE OF OHIO; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF UTAH; STATE OF WISCONSIN; COMMONWEALTH OF KENTUCKY, by and through Governor Matthew G. Bevin; TERRY E. BRANSTAD, Governor of the State of Iowa; JANET MILLS, Governor of the State of Maine; SUSANA MARTINEZ, Governor of the State of New Mexico; PHIL BRYANT, Governor of the State of Mississippi,

Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF LABOR; R. ALEXANDER ACOSTA, in his official capacity as United States Secretary of Labor; THE WAGE AND HOUR DIVISION OF THE DEPARTMENT OF LABOR; MARY ZIEGLER, in her official capacity as Assistant Administrator for Policy of the Wage and Hour Division; BRYAN JARRETT, in his official capacity as Acting Administrator of the Wage and Hour Division,

Defendants - Appellants

TEXAS AFL-CIO,

Movant - Appellant

------------------------------------------------------

PLANO CHAMBER OF COMMERCE; TEXAS ASSOCIATION OF BUSINESS; ALLEN-FAIRVIEW CHAMBER OF COMMERCE; FRISCO CHAMBER OF COMMERCE; MCKINNEY CHAMBER OF COMMERCE; Et Al,

Plaintiffs- Appellees

v.

R. ALEXANDER ACOSTA, in his official capacity as Secretary of Labor, U.S. Department of Labor; BRYAN JARRETT, in his official capacity as Acting Administrator, Division of Wage and Hour, U.S. Department of Labor; UNITED STATES DEPARTMENT OF LABOR,

Defendants - Appellants

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-41130
_____

STATE OF TEXAS; STATE OF ALABAMA; STATE OF ARIZONA; STATE OF ARKANSAS; STATE OF GEORGIA; STATE OF INDIANA; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF NEBRASKA; STATE OF OHIO; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF UTAH; STATE OF WISCONSIN; COMMONWEALTH OF KENTUCKY, by and through Governor Matthew G. Bevin; TERRY E. BRANSTAD, Governor of the State of Iowa; JANET MILLS, Governor of the State of Maine; SUSANA MARTINEZ, Governor of the State of New Mexico; PHIL BRYANT, Governor of the State of Mississippi; ATTORNEY GENERAL DANA NESSEL, on behalf of the people of Michigan,

       Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF LABOR; R. ALEXANDER ACOSTA, in his official capacity as United States Secretary of Labor; THE WAGE AND HOUR DIVISION OF THE DEPARTMENT OF LABOR; MARY ZIEGLER, in her official capacity as Assistant Administrator for Policy of the Wage and Hour Division; BRYAN JARRETT, in his official capacity as Acting Administrator of the Wage and Hour Division,

       Defendants - Appellants

TEXAS AFL-CIO,

       Movant - Appellant

--------------------------------------------------

PLANO CHAMBER OF COMMERCE; TEXAS ASSOCIATION OF BUSINESS; ALLEN-FAIRVIEW CHAMBER OF COMMERCE; FRISCO CHAMBER OF COMMERCE; MCKINNEY CHAMBER OF COMMERCE; Et Al,

    Plaintiffs- Appellees

v.

R. ALEXANDER ACOSTA, in his official capacity as Secretary of Labor, U.S. Department of Labor; BRYAN JARRETT, in his official capacity as Acting Administrator, Division of Wage and Hour, U.S. Department of Labor; UNITED STATES DEPARTMENT OF LABOR,

    Defendants - Appellants

―――――――――――――

Appeals from the United States District Court
for the Eastern District of Texas

―――――――――――――

Before JONES, ELROD, and ENGELHARDT, Circuit Judges.

PER CURIAM:

  IT IS ORDERED that the unopposed motion to partially dismiss the appeal as to Appellee Attorney General Dana Nessel, on behalf of the people of Michigan is GRANTED.